```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 1 0 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES P. COLLITON,

                Plaintiff,

-against-

MICHAEL S. MORGAN, et al.,

                Defendants.

No. 07 Civ. 8269 (LTS) (THK)

## ORDER

    The above-referenced case appears to relate to similar matters as in <u>Colliton v. Donnelly</u>, 07 Civ. 1922 (LTS) (THK), in which on June 14, 2007, the Court stayed the action pending the conclusion of Plaintiff's state criminal proceedings.

    Accordingly, it is hereby ORDERED, that this action is stayed as of October 20, 2007, and shall be maintained on the Court's suspense calendar pending the conclusion of the state criminal proceedings, absent objection served and filed before that date. If no objection is received, defense counsel shall file with the Court and serve on Plaintiff a written report, as of January 1, 2008 and each July 1 and January 1 thereafter, as to the status of the criminal proceeding and whether the case should be maintained on the suspense calendar or restored to the active calendar.

    SO ORDERED.

Dated: New York, New York
       October 9, 2007

                                                LAURA TAYLOR SWAIN
                                                United States District Judge