USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 19 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES P. COLLITON,

                  Plaintiff,

-against-

MICHAEL S. MORGAN, et al.,

                  Defendants.

No. 07 Civ. 8269 (LTS) (THK)

## ORDER

In the light of the Manhattan District Attorney's November 15, 2007, correspondence, the Clerk of Court is respectfully requested to return the above-referenced case to the Court's active docket. This matter has been referred to Magistrate Judge Katz for general pre-trial management, as well as for dispositive motion practice. Any such issues relating to those matters shall be addressed directly to Judge Katz.

    SO ORDERED.

Dated: New York, New York
       November 19, 2007

                                          LAURA TAYLOR SWAIN
                                          United States District Judge