

**DISTRICT ATTORNEY**
OF THE
**COUNTY OF NEW YORK**
ONE HOGAN PLACE
New York, N.Y. 10013
(212) 335-9000

**ROBERT M. MORGENTHAU**
DISTRICT ATTORNEY



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/30/08

April 29, 2008

**BY FAX**

Honorable Theodore H. Katz
United States Magistrate Judge
United States Court House
500 Pearl Street, Room 1660
New York, NY 10007

**RECEIVED**
BY  T H K   DATE 4/29/0...

Re: James P. Colliton v. Michael S. Morgan, et al., 07 Cv. 8269 (LTS) (THK)

Your Honor:

This letter is sent in connection with the above-captioned matter, a case brought pursuant to 42 U.S.C. § 1983 against, inter alia, Michael S. Morgan, and Assistant District Attorney for New York County ("ADA Morgan").

Pursuant to the Court's recent order (Docket Entry No. 11), ADA Morgan's pre-answer motion to dismiss this action is due on May 2, 2005. I am writing to request an extension of the Court's 25-page limit applicable to memoranda of law submitted in support of such motions. The amended complaint filed by plaintiff no less than fourteen separate causes of action under federal and state law, and presents numerous procedural and substantive issues that are pertinent to ADA Morgan's motion. Despite my best efforts I have been unable to address these issues adequately within the 25 pages allotted by the Court's individual rules; indeed, it has taken almost 10 pages just to set forth the pertinent factual background. Accordingly, I respectfully request that the Court allow ADA Morgan to file a memoranda not to exceed 35 pages in support of his motion to dismiss.

I appreciate the consideration of the Court of this request.

Respectfully,

Alan Gadlin (AG-6469)
Assistant District Attorney
(212) 335-3640

cc: James P. Colliton, plaintiff pro se
28 Milbank Road
Poughkeepsie, New York 12603
(by mail)

TOTAL P.02