UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES P. COLLITON,

            Plaintiff,

-against-

MICHAEL S. MORGAN, et al.,

            Defendants.

No. 07 Civ. 8269 (LTS) (THK)

## ORDER

      The Court's May 16, 2008, memo-endorsement (docket entry no. 15, which grants an extension and approves a briefing schedule in which Judge Katz concurs), erroneously referred to the Individual Practices Rules of the undersigned. This case has been referred to Judge Katz for general pre-trial management, as well as for Report and Recommendation on dispositive motions. Accordingly, Judge Katz's Individual Practices Rules apply, and all requests and communications should be directed to Judge Katz (see docket entry no. 5).

      The May 16, 2008, memo-endorsed order is modified to the extent that the reference to compliance with the Individual Practices Rules of the undersigned is stricken, and remains in effect in all other respects.

      SO ORDERED.

Dated: New York, New York
       May 23, 2008

LAURA TAYLOR SWAIN
United States District Judge