**MEMO ENDORSED**



28 Millbank Road
Poughkeepsie, NY 12603

June 4 , 2008

<u>James Patrick Colliton v. Michael S. Morgan, et al.,
No. 07 Civ. 8269 (LTS) (THK)</u>

Dear Judge Katz:

    I am representing myself *pro se* relative to the above entitled action. There are three defendants: (1) Michael S. Morgan; (2) Raymond Kelly; and (3) Joseph Cardieri. Assistant Corporation Counsel Amy N. Okereke represents Messrs. Kelly and Cardieri. Assistant DA Alan Gadlin represents Mr. Morgan.

    On November 19, 2007 (Docket Entry No. 5), Judge Swain referred the above entitled action to Your Honor for both "General Pretrial" and "Dispositive Motion (i.e., motion requiring a Report and Recommendation)" purposes.

    I served my Amended Complaint on Mr. Morgan on February 25, 2008.

    On March 21, 2008 (Docket Entry No. 11), Your Honor granted Mr. Gadlin's request to extend the deadline for responding to my Amended Complaint until May 2, 2008; accordingly, Your Honor afforded Mr. Gadlin 67 days to prepare his motion to dismiss (February 25, 2008, through May 2, 2008).

    On April 29, 2008 (Docket Entry No. 12), Your Honor granted Mr. Gadlin's request to extend the page limit for his memorandum of law in support of his motion to dismiss from 25 pages to 35 pages.

    On May 2, 2008, Mr. Gadlin filed (1) a motion to dismiss my Amended Complaint and (2) a supporting memorandum of law.

1

COPIES MAILED
TO COUNSEL OF RECORD ON 6/5/08

On May 22, 2008, I requested that Judge Swain grant me sixty days to respond to the motion, and that I be afforded 35 pages for my memorandum in opposition. Judge Swain directed me to make my request to Your Honor.

On May 23, 2008, Mr. Gadlin stated that he "takes no position on the merits of [my] applications" for sixty days and 35 pages.

I am writing to request that I be provided until July 2, 2008, to respond to Mr. Morgan's motion to dismiss and that I also be afforded 35 pages for my memorandum.

Respectfully,

*James P. Colliton*

James P. Colliton

The Honorable Theodore H. Katz
   United States Magistrate Judge
     United States District Court
       Southern District of New York
         United States Courthouse
           500 Pearl Street
             New York, New York 10007-1312

VIA FACSIMILE (212) 805-7932

Granted.

6/4/08

**SO ORDERED**

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

Copy to:

District Attorney of the County of New York
   One Hogan Place
     New York, New York 10013
       Attn: Alan Gadlin, Esq.

VIA FACSIMILE (212) 335-9288