**MEMO ENDORSED**

28 Millbank Road
Poughkeepsie, NY 12603

August 12, 2008

James Patrick Colliton v. Michael S. Morgan, et al.
No. 07 Civ. 8269 (LTS) (THK)

Dear Judge Katz:

I am representing myself *pro se* relative to the above entitled action. There are three defendants: (1) Michael S. Morgan; (2) Raymond Kelly; and (3) Joseph Cardieri. Assistant Corporation Counsel Amy N. Okereke represents Messrs. Kelly and Cardieri. Assistant DA Alan Gadlin represents Mr. Morgan.

On November 19, 2007 (Docket Entry No. 5), Judge Swain referred the above entitled action to Your Honor for both "General Pretrial" and "Dispositive Motion (i.e., motion requiring a Report and Recommendation)" purposes.

I served my Amended Complaint on Mr. Kelly and on Mr. Cardieri on February 25, 2008.

On March 19, 2008 (Docket Entry No. 10), Your Honor granted Ms. Okereke's request to extend the deadline for responding to my Amended Complaint until May 16, 2008. Then, on May 16, 2008 (Docket Entry No. 15), Judge Swain granted Ms. Okereke's request to further extend the deadline for responding to my Amended Complaint until July 14, 2008. However, Ms. Okereke did not actually file her motion to dismiss until July 16, 2008 (Docket Entry No. 21); accordingly, Your Honor and Judge Swain have afforded Ms. Okereke 142 days to prepare her motion to dismiss (February 25, 2008, through July 16, 2008).

I am currently facing another response deadline before Your Honor, two response deadlines in the New York County Supreme Court, and one response deadline in the Dutchess County Supreme Court. Unlike Ms. Okereke, I do not have vast human and financial resources to support my work.

Consequently, I am writing to request that I also be afforded 142 days, until December 5, 2008, to respond to Ms. Okereke's motion to dismiss.

Respectfully,

*James P. Colliton*

James P. Colliton

The Honorable Theodore H. Katz
United States Magistrate Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

VIA FACSIMILE (212) 805-7932

Copy to:

The City of New York Law Department
100 Church Street
New York, New York 10007
Attn: Amy N. Okereke, Esq.

VIA FACSIMILE (212) 788-9776

*[Handwritten note:]* The response to the motion will be filed by October 17, 2008. Ninety days is more than adequate to respond to the motion. Any reply will be filed by October 31, 2008.

**SO ORDERED**

8/18/08 _____
THEODORE H. KATZ
**UNITED STATES MAGISTRATE JUDGE**

2